IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK COLLINS, INC,

    Plaintiff,

vs.

JOHN DOES 1-38,

    Defendants.

No. 2:12-CV-01451-KJM-KJN

<u>ORDER TO SHOW CAUSE</u>

The pretrial status conference in this matter, currently set for January 10, 2013, is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to effect service. FED. R. CIV. P. 4(m).

IT IS SO ORDERED.

DATED: January 4, 2013.

UNITED STATES DISTRICT JUDGE